IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WINDLE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-1871 |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS P. EARL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of May 2012, upon consideration of Defendant Douglas P. Earl's Motion to Dismiss Plaintiff's Complaint (Doc. No. 10), and Plaintiff John Windle's Response thereto (Doc. No. 12), and in accordance with the Opinion of the Court dated May 14, 2012, it is **ORDERED** as follows:

1.    Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 10) is **GRANTED** and the Complaint is **DISMISSED**.

2.    Plaintiff's Motion to Amend Complaint (Doc. No. 13) is **DENIED**.

3.    The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.